## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANDREW WALKER, ADC #118512                                                                   PLAINTIFF

v.                                          No. 5:16CV00206-JLH-JTK

KIRK, et al.                                                                                 DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.  Defendants Cromwell, ADC, and Kelley are DISMISSED from this action for failure to state a claim upon which relief may be granted.

2.  Plaintiff's ADA claim is DISMISSED for failure to state a claim.

IT IS SO ORDERED this 15th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE