IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW WALKER, ADC #118512                                                      PLAINTIFF

v.                                 No. 5:16CV00206-JLH-JTK

KIRK, et al.                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment is GRANTED in part, as to defendants CCS and Floss, and DENIED as to defendants Hubbard, Kirk, and Bazzel. Document #64.

IT IS SO RECOMMENDED this 17th day of May, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE