# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANDREW WALKER,　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #118512

v.　　　　　　　　　　　5:16CV00206-JLH-JTK

KIRK, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 89) is GRANTED, and Plaintiff's complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE