# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANDREW WALKER,                                                                                                 PLAINTIFF
ADC #118512

v.                                           5:16CV00206-JLH-JTK

KIRK, et al.                                                                                            DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 15th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE